2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNELL MITCHELL | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO: 2:19-CV-03843 |
| v. | : | |
| NATIONAL RAILROAD PASSENGER | : | |
| CORP. a/k/a "AMTRAK" | : | ACCEPTANCE OF SERVICE |
| And | : | |
| JENNIFER HAKEN-LAFTY | : | |
| c/o NATIONAL RAILROAD | : | |
| PASSENGER CORPORATION, a/k/a | : | |
| "AMTRAK" | : | |
| And | : | |
| MARIA FAULKNER | : | |
| c/o NATIONAL RAILROAD | : | |
| PASSENGER CORPORATION, a/k/a | : | |
| "AMTRAK" | : | |
| And | : | |
| ANGELA SCHIAVELLO | : | |
| c/o NATIONAL RAILROAD | : | |
| PASSENGER CORPORATION, a/k/a | : | |
| "AMTRAK" | : | |
| Defendants. | : | |

Please take notice that Matthew Strauskulage, Esquire, of Landman, Corsi, Ballaine & Ford, P.C., attorney for Amtrak has been authorized to accept service on behalf of Amtrak, Jennifer Haken-Lafty, Maria Faulkner and Angela Schiavello and does hereby acknowledge service of the Summons and the Complaint in the above-captioned action for and on behalf of the above-named parties with like effect as personal service upon said parties.

DATED this 16th day of September, 2019.

LANDMAN, CORSI,
BALLAINE & FORD, PC.

BY: _____  09/16/2019
Matthew Strauskulage, Esq.
One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Attorney for Defendant