IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNELL MITCHELL, | x | Civil Action No. 2:19-cv-03843-CDJ |
| Plaintiff, | : | |
| v. | : | |
| NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a "AMTRAK" | : | |
| and | : | |
| JENNIFER HAKEN-LAFTY c/o NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a "AMTRAK" | : | |
| and | : | |
| MARIA FAULKNER c/o NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a "AMTRAK" | : | |
| and | : | |
| ANGELA SCHIAVELLO c/o NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a "AMTRAK" | : | |
| Defendants. | x | |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of defendants Jennifer Haken-Lafty, Maria Faulkner, Angela Schiavello, and National Railroad Passenger Corporation ("Amtrak") in the above-captioned matter.

4812-4332-1766v.1

Respectfully submitted,

*[signature]*

Matthew P. Strauskulage, Esq.
LANDMAN CORSI BALLAINE & FORD P.C.
Attorneys for Defendants Jennifer Haken-Lafty, Maria
Faulkner, Angela Schiavello and National Railroad
Passenger Corporation ("Amtrak")

Dated: September 17, 2019