IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNELL MITCHELL | CIVIL ACTION |
| Plaintiff, | NO: 2:19-CV-03843 |
| v. | |
| NATIONAL RAILROAD PASSENGER CORP. a/k/a "AMTRAK" | JOINT STIPULATION |
| And | |
| JENNIFER HAKEN-LAFTY c/o NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a "AMTRAK" | **FILED** SEP 18 2019 KATE BARKMAN, Clerk By_____ D.C. Clerk |
| And | |
| MARIA FAULKNER c/o NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a "AMTRAK" | |
| And | |
| ANGELA SCHIAVELLO c/o NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a "AMTRAK" | |
| Defendants. | |

## JOINT STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendants shall have until October 31st, 2019, forty-five (45) days from the acceptance of service, to answer or otherwise respond to Plaintiff's complaint.

DUFFY NORTH

BY: _____ DATE: 9/17/19
Joshua S. Ganz, Esq.
104 N. York Road
Hatboro, PA 19040
Attorney for Plaintiff

LANDMAN, CORSI,
BALLAINE & FORD, PC.

BY: _____ DATE: 09/17/2019
Matthew Strauskulage, Esq.
One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Attorney for Defendant

ENT'D SEP 18 2019

_____ 9.18.19    J.