## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONNELL MITCHELL,** | x : | Civil Action No. 2:19-cv-03843-CDJ |
| **Plaintiff,** | : : | |
| v. | : : | |
| **NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a "AMTRAK"** | : : : | |
| and | : : | |
| **JENNIFER HAKEN-LAFTY c/o NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a "AMTRAK"** | : : : | |
| and | : : | |
| **MARIA FAULKNER c/o NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a "AMTRAK"** | : : : | |
| and | : : | |
| **ANGELA SCHIAVELLO c/o NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a "AMTRAK"** | : : : : | |
| **Defendants.** | x | |

## CERTIFICATE OF SERVICE

I, Matthew P. Strauskulage, do hereby certify that on this 31st day of October 2019, a true and correct copy of defendant National Railroad Passenger Corporation's ("Amtrak") Corporate Disclosure Statement was electronically filed and hereby served upon the following counsel of record:

Christopher Manno, Esq.
Joshua S. Ganz, Esq.
104 N. York Road

Hatboro, PA 19040

BY: _____
Matthew P. Strauskulage, Esq.
LANDMAN CORSI BALLAINE & FORD P.C.
Attorneys for Defendants Jennifer Haken-Lafty,
Maria Faulkner, Angela Schiavello and National
Railroad Passenger Corporation ("Amtrak")

Dated: October 31, 2019

4843-0852-9067v.1