IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNELL MITCHELL, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 19-3843 |
| : | |
| NATIONAL RAILROAD PASSENGER : | |
| CORPORATION a/k/a "AMTRAK", et al., : | |
| : | |
| Defendants. : | |

## ORDER

AND NOW, this 23rd day of November, 2020, upon notification that the issues between Plaintiff and Defendants have been settled, and pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby ORDERED and DECREED that the claims against Defendants are DISMISSED.

The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*/s/* C. Darnell Jones, II
C. Darnell Jones, II  J.